**Harish SINGH, as next friend and father of Neha Singh, Plaintiff—Appellant,**

v.

**People of the UNITED STATES; et al., Defendants—Appellees.**

**No. 03–55556.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 16, 2006.

Harish Singh, pro se.

Before: FERNANDEZ, RYMER and BYBEE, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Harish Singh appeals pro se from the district court's order dismissing his habeas corpus petition for lack of subject matter jurisdiction. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Reviewing de novo, *Brady v. United States,* 211 F.3d 499, 502 (9th Cir.2000), we affirm for the reasons stated by the district court.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

